FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

The Center For Biological Diversity, et al. )
_____ )
            *Plaintiff*                )
                                       )
        v.                             )   Civil Action No. 1:17-cv-937-TSC
                                       )
U.S. Department of State, U.S. Fish and Wildlife S )
_____ )
            *Defendant*                )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
      UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
      555 4th Street, NW
      Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Bahr, Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, OR 97402
(541) 556-6439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____            _____
                                  *Signature of Clerk or Deputy Clerk*