UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVIDERSITY, et al.<br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-937 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 1, 2017, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") against the United States Department of State ("State") and the U.S. Fish and Wildlife Service ("FWS"). Defendants answered the Complaint on August 10, 2017.

2. In the Status Report filed on November 30, 2017, the parties reported that both State and FWS had identified location data for the Keystone pipeline and its related facilities ("the location data") responsive to the requests at issue but had determined that it was subject to withholding under one or more FOIA exemptions.

3. On December 13, 2017, Defendants provided Plaintiffs with a list of the specific location data files being withheld under Exemption 4, § 552(b)(4) and Exemption 7(F), § 552(b)(7)(F).

4. On December 14, 2017, the parties conferred about whether it would be possible to narrow the information sought in the FOIA requests, as well as to possibly resolve or narrow certain areas of dispute in this case. Those discussions are ongoing.

5. The parties also advise the Court that State and FWS are also defendants in a litigation under the Administrative Procedure Act in the U.S. District Court for the District of Montana related to the Keystone pipeline, *see Indigenous Environmental Network and North Coast River Alliance and Northern Plains Resource Council, et al., v. U.S. Department of State et al*, 17-cv-00029 (D. Mont.), in which Plaintiff Center for Biological Diversity is also a plaintiff. Some of the location data at issue in this case will soon be included in the administrative record for that litigation under the terms of a protective order entered by the Court in that case on January 4, 2018. On January 8, 2018, Plaintiffs in the Montana case filed a motion to lift the confidentiality designation made under the protective order for that data. The government's opposition to that motion currently is due January 22, 2018. The parties will provide a status report to this Court on any resolution of that motion that might impact this proceeding.

6. Pursuant to the Court's order dated December 1, 2017, the parties will submit another status report on or before February 26, 2018.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Civil Chief

        By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        Civil Division

555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

    AND

_____/s/_____
DAVID BAHR, D.C. Bar # OR0001
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

Counsel for Plaintiff