UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** *et al.*<br>      **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF STATE,** *et al.*<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-937 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 30, 2019, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA") against the United States Department of State ("State") and the U.S. Fish and Wildlife Service ("FWS"). Defendants answered the Complaint on August 10, 2017.

2. In prior status reports, the parties reported that both State and FWS had identified location data for the Keystone pipeline and its related facilities (the "location data") responsive to the requests at issue but had determined that it was subject to withholding under one or more FOIA exemptions, including Exemption 4, 5 U.S.C. § 552(b)(4), and Exemption 7(F), 5 U.S.C. § 552(b)(7)(F). Plaintiffs later provided information to State and FWS related to their contention that relevant location data had already been made publicly available and State and FWS confirmed that they had determined that some of the location data at issue in this case had been previously released to the public and that State was initiating consultations with other

Government agencies with equities in pipeline security to determine whether the release of location data files would pose continued security concerns. Following these consultations, on December 4, 2019, State communicated to Plaintiffs its determination that no additional location data is releasable.

3. FWS previously reported that on July 27, 2018, it released to Plaintiffs the set of location data that it determined had been previously released to the public. As stated in prior status reports, FWS re-transmitted the records to Plaintiffs via mail on April 17, 2019 after Plaintiffs had asserted that they did not receive that data. Plaintiffs have confirmed their receipt of FWS's April 17, 2019 transmittal.

4. As stated in prior status reports, State has also made rolling monthly productions of records responsive to Plaintiffs' FOIA requests (which include additional topics other than location data), and provided a final production of these materials on February 14, 2019. In addition, on March 14, 2019, State produced to Plaintiffs annotated copies of several prior productions providing further information about the basis for withholding information in those productions, in order to facilitate narrowing of the issues to be litigated in this case.

5. As stated in a prior status report, counsel for the parties had a telephone conference on February 4, 2020, to discuss what, if any, issues might remain to be litigated and continued to follow up with their respective clients as to certain matters.

6. In August 2020, Plaintiffs identified additional concerns about State's processing of their request about which the parties continued to confer.  As part of that conferral, in November 2020, State provided information responding to several of the issues identified by Plaintiffs.

7. In light of the parties' efforts described above, they believe that the case may now be resolved by addressing the issue of attorneys' fees, which is the only issue that remains outstanding.

8. The parties require time to explore the possibility of a negotiated resolution of the fees issue. Before the next status report, the parties anticipate that they will either have settled this case and filed a stipulation of dismissal, or be in a position to propose a briefing schedule on the issue of attorneys' fees.

9. Pursuant to the Court's order dated August 30, 2019, the parties will report back to the Court within 90 days unless otherwise directed by the Court, or unless a stipulation of dismissal has been filed before then.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND
_____/s/_____
DAVID BAHR, D.C. Bar # OR0001
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

davebahr@mindspring.com

Counsel for Plaintiffs